**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:20-cv-01512-JM

Jury Trial: ☒ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: __Micheal O. Robertson__
     ADC # __106563__
     Address: __3201 W. Roosevelt Rd LR, Ark 72204__

     Name of plaintiff: _____
     ADC # _____
     Address: _____

     This case assigned to District Judge __Moody__
     and to Magistrate Judge __Kearney__

     Name of plaintiff: _____
     ADC # _____
     Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: __Barry A. Sims__
     Position: __Pulaski Co. Circuit Judge__
     Place of employment: __Pulaski Co. Circuit Court Judge 7th Div.__
     Address: __401 W. Markham St. Suite 220 Little Rock, Ark 72201__
     Name of defendant: __Andrew Thornton__
     Position: __Public Defender__

-4-

Place of employment: Pulaski Co. SIXTH JUDICAL DISTRICT OF ARKANSAS

Address: 201 S. BROADWAY STE. 210 LITTLE ROCK, ARKANSAS 72201

Name of defendant: Sheriff Eric C. Higgen

Position: Pulaski Co. sheriff

Place of employment: Pulaski Co. Jail sheriff

Address: 2201 West ROOSEVELT RD LITTLE ROCK, AR 72204-5662

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

-5-

☐ Court (if federal court, name the district; if state court, name the county):

_____ **N/A** _____

☐ Docket Number: **N/A**

☐ Name of judge to whom case was assigned: **N/A**

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

☐ Approximate date of filing lawsuit: **N/A**

☐ Approximate date of disposition: **N/A**

IV.  Place of present confinement: **Pulaski Co. Jail 3201 W. Roosevelt Rd LR, Ark 72204**

V.  At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: **Failure to pay fines + fees**

VI.  The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__  No _____

B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____    No __✓__

If not, why? Grievance dept takes to long to come down + Reply on kiosk needed to ~~take emergency Action~~

VII. Statement of claim A-D Front + Back

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff blatantly states his claim for relief For which can be granted pursuant to Title 18 chapter 241 + 242 of the U.S. Codes of Law in accordance with the following below stated attached hereto. A;B C-D, F-G Which are only Front + Back.

On Sept 6th 2020 I Micheal Robertson was arrested by North Little Rock Police Dept. for a warrant out of Pulaski Co. Circuit Court 7th Div. Judge Barry A. Sims for a outstanding warrant for failure to pay restitution / fines totaling up to the amount of $2,500 in the case matter of 60 CR 18-3660.

While at the Pulaski Co. Jail a few days later on or about Sept 10th 2020, I was charged by the Jail for popping 2 water / fire sprinklers in the case matter of 20-3909 , on or about Sept 16th 2020 I entered a plea of guilty for the 1st water sprinkler popping & was given a sentence of time served. That same day of 10/16/20 I went back to Pulaski Co. misdemeanor Court in same above style case matter for a 2nd & 3rd water sprinkler popping & the charge was Nol Process or Nol-Prosed.

In Reference to the above Described Fines & Fees I am very aware that under county ordinances & state law under Ark. Code. Ann that 30 real days eliminates all Fines & Fees this rule has always been utilized by Judges/courts throughout the county I have been here now For a period as of Today 12/16/20 of 100 plus days. Furthermore I went to Court on 12/14/20 on a Monday here at the Jail at Pulaski Co. TV court in the Hallway near intake & Transport around 9AM which was secured by deputy Jackson. while at at this T.V. court hearing I was told by my public defender Anthony Thorton which works outta Pulaski Co. Circuit Court 7th Div. & he said that they are pushing my case back to either son or about Feb. 13th due to the Fact that on a Sunday 12/13/20 when my public Defender called up to the Jail to ask me a question(s) on my release/ being that I've been detained here an additional 60 days,

© ⑦ & the "John doe" & Jane doe deputy sgt's that the jail during the day shift that works here at the jail stated to Mr. Thorton that I have waived my rights to talk to my public defender. However this lead to me not ever talking to him that day & Mr. Thorton later informed me that the court will set me a surety bond of $2,500 because of this reason. in which the court did on 12/14/20.

Furthermore the court Judge Barry Sims violated my 1st amendment rights to freedom of speech under the U.S. Constitution pursuant to the Ark. citizens participation in government Acts being that he did not allow me to explain during the T.V. court appearance. that I never waived my right to discuss court matters involving this case with my public defender on 12/14/16 I was later taken back to the barracks T-unit.

(0)

Then on or about thursday 12/16/20 at about between 10 Am & 1pm I was asked Sgt. Connors what's going on? why have I not been released being that it has been over 100 days & who told my public Defender that I waived my rights to talk to him on 12/13/20, he said he don't know he was trying to call & find out & that the John & Jane does in charge that day was sapposed to notify him if I refused to talk to my public Defender before my court appearance or not. & Sgt. Billburck said that he was never notified either about me waiving my rights to dicuss my case with my public defender, & he also said that I need to get the date & time of the day he called up to the Jail for a video visit on 12/13/20. I am not on any Parole or Probation.

E

Based upon the above style arguments I find that the Judge Barry A. Sims & the Pulaski Co. Jail has violated several constitutional rights of mines below stated.

(1.) The State court of Pulaski Co. has violated my 1st Amendment right to free speech pursuant to the Ark citizens Participation in government Acts. No state court/Judge can violate my right to free speech & my right to free speech has been violation in 7th division circuit court.

(2.) My 4th Amendment right to due process has been violated because I am being illegally seized for a $2,500 fine I already have served time on, 70 days ago & counting.

(3.) My 5th Amendment right to due process of law under the right to travel clause has also been violated because I am being unlawfully confined in jail.



Pg (F)

④ The John & Jane Does of Pulaski Co. Jail also violated my 6th Amendment rights of due process being that they have deprieved me of my right to talk to effective assistance of counsel before my court date of 12/14/20 on 12/13/20

⑤ The case of 18-3660 I was coerced by Pulaski Co. prosecutors, court public defender of Jane doe & circuit court Judge Barry a Sims to plead guilty to violating Theft of Property, under Ark code Ann <u>5-36-103</u> which violated title 18 U.S. chapter 241 & 242 of the U.S. Codes of law being that they all were operating under color of law status pursuant to Corpus Juris secundum Vol 7 sec 4 such contract signing to pay $500 fine was in violation of UCC-1-207 & 1-308 making the contract null & void because under 27:72:11 Theft of property is a form of larceny under the code of Federal Regulations & is considered to be a commercial/civil crime

Pg ⑤

And under see: Howlett V. Rose Federal law & supreme court cases apply to state court cases pursuant to Art 6 Sec 2 U.S.C. The Court & Prosecutors along with my Jane doe public defender had also violated Ark. Const Art 2 sec 16 "No Person shall be imprisoned for a civil Penalty Debt. Pursuant to Art Sec sec 9 & 10 No state shall collect any Payment accept upon gold or impair the obligation of contracts

⑥ The defendants also violated The declaration of Independance " states Are Prohibited From violating Substantial rights of the People." Pursuant to the 14th Amendment.

⑦ My substantial rights under the United Nations Universal Declaration of Human Rights Are violated as well being I am illegally confined & False Imprisoned.

Accordingly the Aforementioned detailed Complaints, have Accomilated in the "government deprivation of my Liberty", in other words false imprisonment, where that I was Arrested by the N.L.R.P.D. For A warrant, out of Pulaski County Circuit Court 7th Divison of the Hon: Barry A. Sims, for an Out Standing warrant for failure to Pay Restitution And Fines totaling up to the Amount of $2,500.00 in the Case Number of 60-CR-18-3660, that 30days officially will Resolve All fines, And I had been Arrested by the N.L.R.P.D. on Semptember 6th 2020 for that Aforementioned Outstanding warrant for failure to Pay Restitution And Fines, in the Case Number of 60-CR-18-3660.

I had been denied due process, accordingly by Not being Able to Receive that due process, of 30 days jail Credit, that would have satisfied and/or Resolved the $2,500.00 fine And Restitution, that I had owed, Now, I Am being Cruel and Unusually Punished by the "deliberate indefferent, in the governmental deprivation of my Liberty," by those Responsible Authorities, And defendants

OR defendant in this Civil Complaint, Accordingly.

The 8th Amendment to the United States Constitution Provides I with the Protection Against the infliction of Cruel And Unusual Punishment, Under the 14th Amendment to the United States Constitution due Process of Law Clause, And the equal Protection of the Laws Clause, Accordingly, where by the Court Appointed Public defender ~~[redacted]~~ did not Reprerent my best interest, Nor did the Court Appointed Public defender protect my Civil Rights Accordingly. The Judge Barry A. Sims, did deliberately Appointed the Court Appointed Public defender So the Public defender could Assist in the "deliberate indefference", of inflicting the wrongful governmental deprivation of my Liberty," which was Cruel and Unusal Puninshment Against I Michael Otis Robertson.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. According to the Aforementioned damages and violation against I that did inflicted the Mental and Emotional Pain and Suffering inflicted against I Michael O. Robertson, by the Judicial Authority the defendant that did Prejudiced my United States Civil Rights accordingly by the false imprisonment, Cruel And Unusual Punishment, and for Punitive, And Any other Relief that I am Rightfully entitled to have, I seek the Sum of $500,000.00 for Relief

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____

_Michael Robertson_
Signature(s) of plaintiff(s)

## "Proof of Service"

On this date of 12-23-20 I Micheal O. Robertson, Mailed the foregoing document to the U.S. District Court Clerk's Office, at 600 West Capitol Avenue, Room 149A. Little Rock, Arkansas 72201, where that the Clerk, shall file the Plaintiff's Motion to Object Defendants Affirmative Defenses, into Court Record, by electronically Filing, where by such Process, it shall send Notification to Melissa K. Hollowell, Attorney for the Pulaski County Defendants at the Address "Association of Arkansas Counties, Risk Management Services 1415 W. Third Street Little Rock, Arkansas 72201, where that, such method of Notification by the CM/ECF system, shall be deemed as service, accordingly.

Sign: _Michael Robertson_
PRO SE

Date: 12-23-20

Michael Robertson #406563
Pulaski County DETENTION FACILITY
3201 West Roosevelt Road
Little Rock, AR 72204



Pro Se Clerk
600 west Capitol Avenue, Room 149
Little Rock, Arkansas 72201

