IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHEAL O. ROBERTSON**　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #106563**

**V.**　　　　　　　**CASE NO.  4:20-cv-01512 JM**

**BARRY A. SIMS,** *et al***.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 6th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE